B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Hawaii

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**OWSTON AND MARTINEZ INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Coldstone Creamery (Kapaa, Hawaii); and**<br>**dba Coldstone Creamery (Lihue, Hawaii).** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **3021, Hawaii GE 2801** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**4-831 Kuhio Highway, Suite 206**<br>**Kapaa, Hawaii**<br>ZIP CODE **96746-1574** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**KAUAI** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o 4919 Pepelani Loop, #19-C**<br>**Princeville, Hawaii**<br>ZIP CODE **96746** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**4-831 Kuhio Highway, Suite 206**<br>**Kapaa, Hawaii** | ZIP CODE **96746-1574** |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**  *(This page must be completed and filed in every case)* | Name of Debtor(s):  **OWSTON AND MARTINEZ INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | **X  Not Applicable** _____ Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.
☑    No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10) FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**OWSTON AND MARTINEZ INC.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X /s/ Harrison P. Chung
Signature of Attorney for Debtor(s)

**Harrison P. Chung  Bar No. #2586-0**
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Office Of Harrison P. Chung**
Firm Name

**P.O. Box 26058 Honolulu, HI 96825-6058**
Address

**Tel. (808) 523-3311     Fax (808) 531-1339**
Telephone Number

**12/28/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Richard Shawn Owston
Signature of Authorized Individual

**Richard Shawn Owston**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**12/28/2010**
Date

# **Authorization to Proceed With Chapter 7 Liquidation**

Date:   December 27, 2010

WHEREAS, **OWSTON AND MARTINEZ INC. is a Hawaii corporation doing** (which will be called the "Company"), whose business address is 4-831 Kuhio Highway, Suite 206, Kapaa, Hawaii 96746, and whose only director is **RICHARD SHAWN OWSTON;**

WHEREAS, the Company has determined that its financial situation is insufficient to allow it to continue operating its business in a proper manner;

AND WHEREAS, the Company has determined that the appropriate course of action at this time is to have the Company file a **Chapter 7 straight liquidation bankruptcy case** in the United States Bankruptcy Court for the District of Hawaii (which will be called the "Bankruptcy Court"), pursuant to the bankruptcy laws of the United States of America which are codified in Title 11 of the United States Code,

NOW, THEREFORE, the following is hereby authorized for and on behalf of the Company:

1.   That the Company file a Chapter 7 straight liquidation bankruptcy case in the Bankruptcy Court;

2.   That **RICHARD SHAWN OWSTON** be designated as the "Responsible Person" under the applicable local rules of the United States Bankruptcy Court for the District of Hawaii, for preparing, signing and filing the various bankruptcy papers for and on behalf of the Company in its bankruptcy case;

3.   That the Harrison P. Chung and his Law Office Of Harrison P. Chung be hired to assist and represent the Company in its bankruptcy case effective as of November 19, 2010;

4.   That **RICHARD SHAWN OWSTON** is hereby authorized to sign the necessary papers to hire Harrison P. Chung and the Law Office Of

Harrison P. Chung at $350.00 an hour plus 4.712% tax, plus costs and expenses, to represent the Company in the preparation and filing of the various papers and documents that are necessary for the Company's bankruptcy case, and to represent the Company with respect to, in and throughout the bankruptcy case, effective as of November 19, 2010.

5. That since Harrison P. Chung and his Law Office Of Harrison P. Chung currently represents RICHARD SHAWN OWSTON and his wife MARIA JOSE MARTINEZ PALAZUELOS in certain legal matters and their own possible personal bankruptcy case, the Company by and through his official capacity on behalf of the Company, on one side, and RICHARD SHAWN OWSTON and MARIA JOSE MARTINEZ PALAZUELOS, on the other side, hereby waive any actual, potential and future conflicts of interest by and between the Company, on one side, and RICHARD SHAWN OWSTON and MARIA JOSE MARTINEZ PALAZUELOS, on the other side; and

6. That this authorization and waive of any actual, potential and future conflicts of interest as set forth above is effective as of November 19, 2010.

**OWSTON AND MARTINEZ, INC.**
**a Hawaii corporation,**

By: _____
RICHARD SHAWN OWSTON

Its Director

**[Authorizing Chapter 7 straight liquidation case]**

The undersigned RICHARD SHAWN OWSTON hereby accepts the Company's Designation of the undersigned as the Responsible Person for the Company's Chapter 7 bankruptcy case.

Date: December 27, 2010    _____
RICHARD SHAWN OWSTON

## WAIVER OF CONFLICTS OF INTEREST

**RICHARD SHAWN OWSTON and MARIA JOSE MARTINEZ PALAZUELOS** in their individual capacities hereby waive any actual, potential and future conflicts of interest by and between the Company, on one side, and them, on the other side, as discussed above concerning the legal work to be provided by Harrison P. Chung and his Law Office of Harrison P. Chung to the Company and them.

Date: December 27, 2010    _____
RICHARD SHAWN OWSTON

Date: December 27, 2010    _____
MARIA JOSE MARTINEZ PALAZUELOS

LAW OFFICE OF HARRISON P. CHUNG
HARRISON P. CHUNG #2685
P.O. Box 26058
Honolulu, HI 96825-6058
Tel. (808) 523-3311/Fax (808) 531-1339
Pleadings Email: hpchawaii@msn.com
Primary Email: hpclaw1@hotmail.com

Attorney for Debtor
OWSTON AND MARTINEZ, INC.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re: ) | CASE No. _____ |
| ) | (Chapter 7) |
| OWSTON AND MARTINEZ, INC.,) | |
| ) | VERIFICATION OF |
| ) | CREDITOR MATRIX |
| Debtor. ) | |
| _____) | |

### VERIFICATION OF CREDITOR MATRIX

The undersigned Debtor hereby certifies that the names and addresses of the entities listed in the following matrix are true and correct to the best of my knowledge.

DATED:    December 28, 2010.

**OWSTON AND MARTINEZ, INC.**
**a Hawaii corporation,**

By: /s/ Richard Shawn Owston
**RICHARD SWAN OWSTON**
             **Its President**

Cold Stone Creamery
9311 E. Via De Ventura
Scottsdale AZ 85258


First Hawaiian Bank
Loan Recovery Dept.
P.O. Box 4070
Honolulu, HI 96812


Hawaii Dept. of Taxation
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96809-0259


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kahala Corp.
9311 E. Via de Ventura
Scottsdale AZ 85258


Kauai Island Utility Coop.
4463 Pahee Street, #1
Lihue HI 96766-2000